```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CARDINAL, INC. | : | |
| | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | NO: 2:20-mc-00057-BMS |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | |
| | : | |
| Respondent | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Please enter the appearance of Michael E. Sacks as counsel for defendant, National Board of Medical Examiners.

Dated: May 29, 2020              Respectfully submitted,

                                      /s/ Michael E. Sacks
                                      MICHAEL E. SACKS (ID No. 39774)
                                      HAMBURG & GOLDEN, P.C.
                                      1601 Market Street, Suite 3310
                                      Philadelphia, PA 19103-1443
                                      (215) 255-8590
                                      (215) 255-8583
                                      sacksme@hamburg-golden.com

                                      Robert A. Burgoyne
                                      (Pro hac vice application forthcoming)
                                      Perkins Coie LLP
                                      700 Thirteenth Street, N.W.
                                      Suite 600
                                      Washington, D.C. 20005-3960
                                      (202) 654-1744
                                      RBurgoyne@perkinscoie.com

                                      Counsel for Defendant NBME

**CERTIFICATE OF SERVICE**

I, Michael E. Sacks, hereby certify that the entry of appearance of Michael E. Sacks, on behalf of Defendant, National Board of Medical Examiners has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy was served by email on May 29, 2020, on the following:

>Patricia Mulvoy Kipnis, Esquire
>Bailey & Glasser, LLP
>923 Haddonfield Road
>Suite 307
>Cherry Hill, NJ 08002
>pkipnis@baileyglasser.com

>/s/ Michael E. Sacks
>MICHAEL E. SACKS