IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARDINAL, INC. : | |
| : | CIVIL ACTION |
| Petitioner : | |
| : | |
| v. : | |
| : | NO: 2:20-mc-00057-BMS |
| NATIONAL BOARD OF MEDICAL : | |
| EXAMINERS : | |
| : | |
| Respondent : | |

**DISCLOSURE STATEMENT FORM**

Pursuant to Fed. R. Civ. P. 7.1, defendant National Board of Medical Examiners (NBME) states that it is a non-profit corporation that does not have any parent corporation, and no publicly held corporation owns any stock in NBME.

Dated: May 29, 2020              Respectfully submitted,

/s/ Michael E. Sacks
MICHAEL E. SACKS (ID No. 39774)
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
(215) 255-8590
(215) 255-8583
sacksme@hamburg-golden.com

Robert A. Burgoyne
(Pro hac vice application forthcoming)
Perkins Coie LLP
700 Thirteenth Street, N.W.
Suite 600
Washington, D.C. 20005-3960
(202) 654-1744
RBurgoyne@perkinscoie.com

Counsel for Defendant NBME

**CERTIFICATE OF SERVICE**

I, Michael E. Sacks, hereby certify that the foregoing document has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy was served by email on May 29, 2020, on the following:

>Patricia Mulvoy Kipnis, Esquire
>Bailey & Glasser, LLP
>923 Haddonfield Road
>Suite 307
>Cherry Hill, NJ 08002
>pkipnis@baileyglasser.com

/s/ Michael E. Sacks
MICHAEL E. SACKS