# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARDINAL HEALTH, INC., | |
| Petitioner, | |
| v. | Civil Action No. 2:20-mc-00057-BMS |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | Judge: Berle M. Schiller |
| Respondent. | |

## [PROPOSED] ORDER DENYING CARDINAL HEALTH'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NON-PARTY NBME, AND GRANTING NBME'S CROSS-MOTION TO QUASH RULE 30(B)(6) DEPOSITION SUBPOENA

The Court, having considered Petitioner Cardinal Health's motion to compel discovery responses and Respondent NBME's opposition thereto, as well as NBME's motion to quash and any opposition thereto, hereby ORDERS that Cardinal Health's motion to compel is **DENIED** and NBME's motion to quash is **GRANTED**.

SO ORDERED and SIGNED this _____ day of _____, 2020.

_____
JUDGE BERLE M. SCHILLER
UNITED STATES DISTRICT COURT

Dated: May 29, 2020

Respectfully submitted,

/s/ Michael E. Sacks
Michael E. Sacks (Pa. Bar No. 39774)
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443
Phone: 215-255-8596
sacksme@hamburg-golden.com

- 2 -

        Robert A. Burgoyne (*pro hac vice*
        application forthcoming)
        Perkins Coie LLP
        700 13th Street, NW, Suite 800
        Washington, DC 20005
        Tel: (202) 654-1744
        rburgoyne@perkinscoie.com

*Attorneys for Defendant NBME*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically filed on May 29, 2020, via the Court's CM/ECF System, which will send notification of such filing to counsel of record for Plaintiff.

/s/ Michael E. Sacks
Michael E. Sacks

*Attorneys for Defendant NBME*