IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARDINAL HEALTH, INC.<br><br>     Petitioner,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>     Respondent. | No. 2-20-mc-00057-BMS |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT
OF MOTION TO COMPEL DISCOVERY RESPONSES FROM
<u>NATIONAL BOARD OF MEDICAL EXAMINERS</u>**

     Petitioner Cardinal Health, Inc., by counsel, moves for leave to file its reply memorandum, attached as **Exhibit A**, in further support of its Motion to Compel Discovery Responses (Dkt. 1) from the National Board of Medical Examiners.  Petitioner respectfully requests that, for the reasons set forth in the accompanying Memorandum, the Court grant the requested leave and accept the attached reply memorandum for filing.

Dated: June 10, 2020

<u>*/s/ Patricia Mulvoy Kipnis*</u>
Patricia Mulvoy Kipnis
Bailey & Glasser LLP
923 Haddonfield Road, Suite 307
Cherry Hill, NJ 08002
Telephone: (856) 324-8219
pkipnis@baileyglasser.com

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
***Counsel for Petitioner Cardinal Health, Inc.***

## CERTIFICATE OF SERVICE

I, Patricia Mulvoy Kipnis, hereby certify that a copy of the foregoing "**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES FROM NATIONAL BOARD OF MEDICAL EXAMINERS**" was electronically filed on June 10, 2020, via the Court's CM/ECF System, which will send notification of such filing to counsel of record.

                                             */s/ Patricia Mulvoy Kipnis*
                                             Patricia Mulvoy Kipnis