# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARDINAL HEALTH, INC.<br><br> Petitioner,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br> Respondent. | No. 2-20-mc-00057-BMS |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES FROM NATIONAL BOARD OF MEDICAL EXAMINERS**

 Petitioner's Motion for Leave to File Reply Memorandum in Support of Motion to Compel Discovery Responses from National Board of Medical Examiners (Dkt. 6) is hereby GRANTED. The Court **ORDERS** that the Reply Memorandum be accepted for filing by the Clerk in accordance with the applicable rules and procedures.

                _____
                  United States District Judge

Entered: _____