IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARDINAL HEALTH, INC.<br><br>    Petitioner,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Respondent. | No. 2-20-mc-00057-BMS |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES FROM NATIONAL BOARD OF MEDICAL EXAMINERS**

Petitioner's Motion for Leave to File Reply Memorandum in Support of Motion to Compel Discovery Responses from National Board of Medical Examiners (Dkt. 6) is hereby GRANTED.  The Court **ORDERS** that the Reply Memorandum be accepted for filing by the Clerk in accordance with the applicable rules and procedures.

                                                                       /s/ Berle M. Schiller
                                                                       United States District Judge

Entered:   June 11, 2020