IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARDINAL HEALTH, INC. | : | Civil Action |
| | : | |
| v. | : | |
| NATIONAL BOARD OF MEDICAL | : | |
| EXAMINERS | : | No.: 2:20-mc-00057-BMS |

### ORDER

AND NOW, this           day of                               20      , it is hereby

ORDERED that the application of  Robert A. Burgoyne                          , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐    GRANTED.[1]

☐    DENIED.

_____
                                                       , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:20-mc-00057-BMS

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Robert A. Burgoyne** the undersigned, am an attorney who is not currently ~~admitted to~~ an active member of either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Washington, DC | 12/13/1982 | 366757 |
| Pennsylvania | 11/19/1996 | 77964 (Inactive) |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| U.S. Supreme Court | 6/13/1988 |  |
| USCA, DC Circuit | 2/22/1983 |  |
| See the attached list |  |  |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Defendant, National Board of Medical Examiners

(Applicant's Signature) Burgoyne, Robert (WDC) — Digitally signed by Burgoyne, Robert (WDC) Date: 2020.06.12 11:10:16 -04'00'

(Date) 06/12/2020

Name of Applicant's Firm: Perkins Coie LLP
Address: 700 Thirteenth Street, N.W., Suite 600, Washington, DC 20005
Telephone Number: (202) 654-1744
Email Address: RBurgoyne@perkinscoie.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/12/2020
(Date)

(Applicant's Signature) Burgoyne, Robert (WDC) — Digitally signed by Burgoyne, Robert (WDC) Date: 2020.06.12 11:11:09 -04'00'

04/20

| COURT ADMISSIONS: ROBERT A. BURGOYNE | | |
|---|---|---|
| **COURT** | **DATE OF ADMISSION** | **STATUS** |
| U.S. Supreme Court | June 13, 1988 | Active / Good Standing |
| U.S. Court of Appeals for the District of Columbia | Feb. 22, 1983 | Active / Good Standing |
| U.S. Court of Appeals for the Second Circuit | Sept. 10, 1990 | Active / Good Standing |
| U.S. Court of Appeals for the Third Circuit | Jan. 17, 1995 | Active / Good Standing |
| U.S. Court of Appeals for the Fourth Circuit | Nov. 23, 1987 | Active / Good Standing |
| U.S. Court of Appeals for the Fifth Circuit | Jan. 19, 1983 | Active / Good Standing |
| U.S. Court of Appeals for the Seventh Circuit | Jan. 29, 1993 | Active / Good Standing |
| U.S. Court of Appeals for the Ninth Circuit | Feb. 22, 2010 | Active / Good Standing |
| U.S. Court of Appeals for the Tenth Circuit | June 26, 1989 | Active / Good Standing |
| U.S. Court of Appeals for the Eleventh Circuit | June 15, 1989 | Active / Good Standing |
| Court of Appeals, District of Columbia | Dec. 13, 1982 | Active / Good Standing |
| U.S. District Court for the District of Columbia | Feb. 7, 1983 | Active / Good Standing |
| U.S. District Court for the Eastern District of Michigan | Sept. 6, 2017 | Active / Good Standing |
| U.S. District Court for the Eastern District of Pennsylvania | Jan. 10, 2006 | Inactive because no longer an active member of the Pennsylvania Bar |
| District of Columbia Bar (Bar No.: 366757) | Dec. 13, 1982 | Active / Good Standing |
| Pennsylvania Bar (Bar No.: 77964) | Nov. 19, 1996 | Inactive |

141354734.1

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Robert A. Burgoyne, Esquire__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Michael E. Sacks, Esquire | /s/ Michael E. Sacks | 11/01/1984 | 39774 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

HAMBURG & GOLDEN, P.C.

1601 MARKET STREET, SUITE 3310, Philadelphia, PA 19103

(215) 255-8590

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 15, 2020__  /s/ Michael E. Sacks
(Date)  (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARDINAL HEALTH, INC. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | No.: 2:20-mc-00057-BMS |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Robert A. Burgoyne  ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

Patricia Mulvoy Kipnis, Esquire
Bailey & Glasser, LLP
923 Haddonfield Road
Suite 307
Cherry Hill, NJ 08002
pkipnis@baileyglasser.com

/s/ Michael E. Sacks

(Signature of Attorney)

Michael E. Sacks, Esquire

(Name of Attorney)

National Board of Medical Examiners

(Name of Moving Party)

June 15, 2020

(Date)