IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARDINAL HEALTH, INC. | : | Civil Action |
| | : | |
| v. | : | |
| NATIONAL BOARD OF MEDICAL | : | |
| EXAMINERS | : | No.: 2:20-mc-00057-BMS |

ORDER

AND NOW, this  15th  day of  June  20 20 , it is hereby

ORDERED that the application of  Robert A. Burgoyne , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]  GRANTED.[1]

[ ]  DENIED.

/s/ Berle M. Schiller
_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.