**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARDINAL HEALTH, INC.,<br>Petitioner, | |
| v. | MISC. ACTION |
| NATIONAL BOARD OF MEDICAL<br>EXAMINERS,<br>Respondent. | No. 2-20-mc-00057-BMS |

**AMENDED ORDER**

**AND NOW**, this 29th day of **June 2020**, upon consideration of the Motion to Compel Discovery Responses From National Board of Medical Examiners, and Defendant's Response, Defendant's Cross-Motion to Quash Cardinal Health's Rule 30(b)(6) Deposition, and Plaintiff's response, it is **ORDERED** that:

1. Plaintiff's motion (Document No. 1) is **GRANTED** insofar as this action will be transferred to the Southern District of West Virginia for that court to decide the merits of Plaintiff's motion.

2. Defendant's motion (Document No. 5) is **DENIED** insofar as this Court will not quash the subpoena. However, the Court will also transfer Defendant's motion to the Southern District of West Virginia for that court to decide the merits of Defendant's motion.

3. This miscellaneous action is **TRANSFERRED FORTHWITH** to the Southern District of West Virginia.

4. The Clerk of Court is directed to close this case.

**BY THE COURT:**

/s/ Berle M. Schiller
_____
Berle M. Schiller, J