CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:20−mc−00057−BMS

CARDINAL, INC. v. NATIONAL BOARD OF MEDICAL EXAMINERS
Assigned to: HONORABLE BERLE M. SCHILLER
Cause: Motion to Compel

Date Filed: 05/15/2020
Date Terminated: 06/29/2020
Jury Demand: None
Nature of Suit: 111 Miscellaneous
Jurisdiction: Local Question

**Petitioner**

**CARDINAL, INC.** represented by **PATRICIA MULVOY KIPNIS**
BAILEY & GLASSER, LLP
923 HADDONFIELD RD
SUITE 307
CHERRY HILL, NJ 08002
856−324−8219
Email: pkipnis@baileyglasser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**NATIONAL BOARD OF MEDICAL EXAMINERS** represented by **ROBERT A. BURGOYNE**
PERKINS COIE LLP
700 − 13TH STREET, NW SUITE 600
WASHINGTON, DC 20005−3960
United Sta
202−654−1744
Fax: 202−624−9548
Email: rburgoyne@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL E. SACKS**
HAMBURG & GOLDEN PC
1601 MARKET ST
STE 3310
PHILADELPHIA, PA 19103−1443
215−255−8596
Fax: 215−255−8583
Email: sacksme@hamburg−golden.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2020 | Ï 1 | MOTION to Compel *Discovery Responses From National Board of Medical Examiners* filed by CARDINAL, INC..Memorandum, Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Memorandum, # 7 Civil Cover Sheet)(KIPNIS, |

| | | |
|---|---|---|
| | | PATRICIA) (Entered: 05/15/2020) |
| 05/20/2020 | Ï | Filing Fee for MISCELLANEOUS CASE by CARDINAL, INC.. (Filing Fee $47, receipt number 0313−14302100). (KIPNIS, PATRICIA) (Entered: 05/20/2020) |
| 05/29/2020 | Ï 2 | NOTICE of Appearance by MICHAEL E. SACKS on behalf of NATIONAL BOARD OF MEDICAL EXAMINERS with Certificate of Service(SACKS, MICHAEL) (Entered: 05/29/2020) |
| 05/29/2020 | Ï 3 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by NATIONAL BOARD OF MEDICAL EXAMINERS.(SACKS, MICHAEL) (Entered: 05/29/2020) |
| 05/29/2020 | Ï 4 | RESPONSE in Opposition re 1 MOTION to Compel *Discovery Responses From National Board of Medical Examiners Memorandum in Opposition to Cardinal Health's Motion to Compel.* filed by NATIONAL BOARD OF MEDICAL EXAMINERS. (Attachments: # 1 Declaration Declaration of K. Ridgley, # 2 Text of Proposed Order Proposed Order Denying Motion to Compel)(SACKS, MICHAEL) (Entered: 05/29/2020) |
| 05/29/2020 | Ï 5 | MOTION to Quash *NBME's Cross−Motion to Quash Cardinal Health's Rule 30(B)(6) Deposition Subpoen* filed by NATIONAL BOARD OF MEDICAL EXAMINERS.NBME's Cross−Motion to Quash Cardinal Health's Rule 30(B)(6) Deposition Subpoena. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(SACKS, MICHAEL) (Entered: 05/29/2020) |
| 06/10/2020 | Ï 6 | MOTION for Leave to File *Reply Memorandum* filed by CARDINAL, INC..Memorandum. (Attachments: # 1 Exhibit Reply Memorandum in Support of Motion to Compel, # 2 Exhibit Proposed Order)(KIPNIS, PATRICIA) (Entered: 06/10/2020) |
| 06/10/2020 | Ï 7 | Memorandum in Support re 6 MOTION for Leave to File *Reply Memorandum* filed by CARDINAL, INC.. (KIPNIS, PATRICIA) (Entered: 06/10/2020) |
| 06/11/2020 | Ï 8 | ORDER THAT PETITIONER'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES FROM NATIONAL BOARD OF MEDICAL EXAMINERS IS GRANTED; ETC.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 6/11/20.6/11/20 ENTERED AND E−MAILED.(JL ) (Entered: 06/11/2020) |
| 06/12/2020 | Ï 9 | RESPONSE in Opposition re 5 MOTION to Quash *NBME's Cross−Motion to Quash Cardinal Health's Rule 30(B)(6) Deposition Subpoen* filed by CARDINAL, INC.. (KIPNIS, PATRICIA) (Entered: 06/12/2020) |
| 06/15/2020 | Ï 10 | MOTION for Pro Hac Vice *of Robert A. Burgoyne* ( Filing fee $ 40 receipt number 0313−14353044.) filed by NATIONAL BOARD OF MEDICAL EXAMINERS.Certificate of Service.(SACKS, MICHAEL) (Entered: 06/15/2020) |
| 06/15/2020 | Ï 11 | ORDER THAT THE APPLICATION OF ROBERT A. BURGOYNE TO APPEAR PRO HAC VICE IS GRANTED; ETC.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 6/15/20. 6/15/20 ENTERED AND E−MAILED.(JL ) (Entered: 06/15/2020) |
| 06/22/2020 | Ï 12 | ORDER THAT PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM NATIONAL BOARD OF MEDICAL EXAMINERS IS GRANTED. DEFENDANT'S CROSS MOTION TO QUASH CARDINAL HEALTH'S RULE 30 (b)(6) DEPOSITION IS DENIED. THIS MISCELLANEOUS ACTION IS TRANSFERRED TO THE SOUTHERN DISTRICT OF WEST VIRGINIA. THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE; ETC.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 6/22/20. 6/22/20 ENTERED AND E−MAILED.(JL ) (Entered: 06/22/2020) |
| 06/26/2020 | Ï 13 | MOTION to Expedite *Transfer Through Entry of Amended Order* filed by CARDINAL, INC..Certificate of Service. (Attachments: # 1 Text of Proposed Order Exhibit A)(KIPNIS, PATRICIA) (Entered: 06/26/2020) |

| | | |
|---|---|---|
| 06/29/2020 | 14 | AMENDED ORDER THAT PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM NATIONAL BOARD OF MEDICAL EXAMINERS IS GRANTED. DEFENDANT'S CROSS MOTION TO QUASH CARDINAL HEALTH'S RULE 30 (b)(6) DEPOSITION IS DENIED. THIS MISCELLANEOUS ACTION IS TRANSFERRED FORTHWITH TO THE SOUTHERN DISTRICT OF WEST VIRGINIA. THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE; ETC.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 6/29/20. 6/29/20 ENTERED AND E–MAILED.(JL ) (Entered: 06/29/2020) |