# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CARDINAL HEALTH, INC.<br><br>    Petitioner,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Respondent. | No. 3:20-cv-00453 |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Steven R. Ruby of the law firm Carey Douglas Kessler & Ruby PLLC, of Charleston, West Virginia, enters his appearance as counsel for Petitioner Cardinal Health, Inc.

DATED:	July 1, 2020

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower
707 Virginia Street E.
Charleston, WV  25301
Telephone:	(304) 345-1234
Facsimile:	(304) 342-1105
sruby@cdkrlaw.com
*Counsel for Petitioner Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I, Steven R. Ruby, hereby certify that a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was electronically filed on July 1, 2020, via the Court's CM/ECF System, which will send notification of such filing to counsel of record.

                                                 */s/ Steven R. Ruby*
                                                 Steven R. Ruby