**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

CARDINAL HEALTH, INC.,

      Petitioner,

v.                                                    Case No: 3:20-cv-00453
                                                      Judge: Hon. David A. Faber

NATIONAL BOARD OF
MEDICAL EXAMINERS,

      Respondent.

**NOTICE OF WITHDRAWAL AND**
**TERMINATION OF REPRESENTATION**

COMES NOW, the undersigned, Patricia M. Kipnis, and provides notice of

withdrawal and termination of representation of Petitioner, Cardinal Health, Inc., in the

above-styled civil action.  The undersigned represents that Steven R. Ruby, Raymond S.

Franks II and the law firm of Cary Douglas Kessler & Ruby, PLLC have appeared on

behalf of the Petitioner in this action. Dkt. 16, Dkt.17.

Dated:  July 2, 2020

Respectfully submitted,

**CARDINAL HEALTH, INC.**


*s/ Patricia M. Kipnis*
Patricia M. Kipnis
BAILEY & GLASSER LLP
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
Telephone:  (856) 324-8219
pkipnis@baileyglasser.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 2nd day of July, 2020, a true and correct copy of the foregoing *NOTICE OF WITHDRAWAL AND TERMINATION OF REPRESENTATON* was electronically filed with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter.

*s/ Patricia M. Kipnis*
Patricia M. Kipnis