IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CARDINAL HEALTH, INC.,**

    Petitioner,

v.                                           CIVIL ACTION NO. 3:20-00453

**NATIONAL BOARD OF MEDICAL EXAMINERS,**

    Respondent.

### ORDER

This matter is related to Civil Action Nos. 3:17-01362 and 3:17-01665. Discovery in those matters has been committed to Special Master Christopher C. Wilkes. See ECF No. 200 in Civil Action No. 3:17-01362 (Order of Appointment). Given Special Master Wilkes' familiarity with these case, the Standing Order, entered on July 2, 2020, referring discovery matters to Magistrate Judge Aboulhosn is hereby **VACATED** and discovery disputes are hereby referred to Special Master Wilkes pursuant to the Order of Appointment referenced above. That Order of Appointment, including the affidavit of Judge Wilkes, is to be filed as an Exhibit to this Order.

The Clerk is directed to send copies of this Order to counsel of record, Special Master Wilkes, and to Magistrate Judge Aboulhosn.

**IT IS SO ORDERED** this 7th day of July, 2020.

ENTER:       *David A. Faber*

                      David A. Faber
                      Senior United States District Judge